In the Matter of IRVING STEINBERG, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, Respondents; ALBERT A. ARDITTI, Intervener, Respondent.

Argued October 21, 1943; decided October 22, 1943.

*Abraham Schlissel* and *Maurice J. Fleischman* for appellant.

*Marcus G. Christ, County Attorney* (*G. Burchard Smith* of counsel), for Board of Elections, respondents.

*David Cohen* for Albert A. Arditti, intervener, respondent.

*Paul L. Bleakley, Corporation Counsel,* for City of Yonkers as *amicus curiae.*

*Samuel D. Smoleff* for Citizens Union of the City of New York as *amicus curiae.*

Order affirmed, without costs. The proposed local law is not a new charter but an amendment of the existing charter. We decide no other question.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ.

RIPPEY and CONWAY, JJ., dissent on the ground that the proposed local law changes so essentially the structure of the government of the city as to constitute a new charter.